| | | |
|---|---|---|
| **Undisputed Legal Inc.** | | **INVOICE:** 9968183 |
| 590 Madison Ave 21st floor | | Issued: Nov 10, 2023 |
| New York, NY 10022 | | |

**The Boyd Law Group**
Patrick J Boyd
250 Park Avenue 7th Floor
New York, NY 10177

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:23-CV-09482 | Plaintiff / Petitioner: | NICHOLAS WIDMER, LINDSEY ROOT, and SOPHIA FITZSIMONDS, in their individual capacities and on behalf of others similarly situated, |
|---|---|---|---|
| Job: | 9968183 | Defendant / Respondent: | SCALE FACILITATION, DAVID A. COLLARD, VANESSA GERONIMO, MICHAEL WINN, AND JACKIE NOLLER |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Routine | Vanessa Geronimo | $100.00 | 1 | $100.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Nov 10, 2023 | | ($100.00) |

| | | |
|---|---|---|
| Thanks for your business. Please pay the "Balance Due" within 10 days. | Total: | $100.00 |
| | Amount Paid: | ($100.00) |
| | **Balance Due:** | **$0.00** |

Undisputed Legal Inc.   •   590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001   •   Email: info@undisputedlegal.com   •   Visit: undisputedlegal.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
NICHOLAS WIDMER, LINDSEY ROOT, and SOPHIA FITZSIMONDS, in their individual capacities and on behalf of others similarly situated,

**Defendant / Respondent:**
SCALE FACILITATION, DAVID A. COLLARD, VANESSA GERONIMO, MICHAEL WINN, AND JACKIE NOLLER

**AFFIDAVIT OF SERVICE**
Index No:
1:23-CV-09482

The undersigned being duly sworn, deposes and says, deponent is not a party herein, is over 18 years of age. That on Tue, Nov 21 2023 AT 11:34 AM AT 50 West 30th Street, New York, NY 10001 deponent served the within SUMMONS on Vanessa Geronimo

[ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

[ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ _____ a person authorized to accept service.

[X] **Substituted service delivery:** By delivering a true copy thereof to Edwin a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

[ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

[ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

[ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Nov 21, 2023, 11:34 am EST at 50 West 30th Street, New York, NY 10001 received by Edwin .
Wont allow up, recipient is home, doorman accepted service

**Description:**
Age: 30   Skin Color: Caucasian   Gender: Male   Weight: 175
Height: 5'9"   Hair: Black   Relationship: Doorman
Other

Sworn to before me on 11/22/23

Jeremy Coley
2112646DCA

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

# AFFIDAVIT OF SERVICE BY MAIL

---

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK   CASE NO: 1:23-CV-09482
Plaintiff / Petitioner: **NICHOLAS WIDMER, LINDSEY ROOT, and SOPHIA FITZSIMONDS, in their individual capacities and on behalf of others similarly situated,**
vs.
Defendant / Respondent: **SCALE FACILITATION, DAVID A. COLLARD, VANESSA GERONIMO, MICHAEL WINN, AND JACKIE NOLLER**

---

I <u>Nasim Dehghani</u> being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on <u>Tue, Nov 21, 2023</u> deponent enclosed a copy of the SUMMONS in a postage-paid sealed wrapped properly addressed to **Vanessa Geronimo** at **50 West 30th Street, New York, NY 10001**, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "**Personal and Confidential**".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"

---

Sworn to me on the  11/22/23

*Notary Public*

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

Nasim Dehghani

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022