## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:23-CV-09482                               Date Filed: 11/1/2023

Plaintiff:
**Nicholas Widmer, Lindsey Root, et al.**

vs.

Defendant:
**Scale Facilitation, et al.**

**State of New York, County of Albany)ss.:**

Received by Undisputed Legal Inc. to be served on **Scale Facilitation**.

I, Geoffrey Burke, being duly sworn, depose and say that on the **21st day of November, 2023** at **3:15 pm**, I:

served the within named corporation by delivering and leaving a true copy of the **Summons in a Civil Action pursuant to New York State Section 307 BCL together with statutory service fee in the amount of $40.00** with **Sue Zouky** as **Business Document Specialist 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. Thereafter, deponent enclosed a copy thereof with notice, in a postpaid first class envelope, registered mail, return receipt requested, properly addressed to defendant at defendant's last known place of business and/or registered agent: 501 Madison Avenue, 82nd Floor, New York, NY 10022 Registered Mailing Receipt No.: RF554754277US

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 4th day of December, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

Geoffrey Burke
Process Server

**Undisputed Legal Inc.**
590 Madison Avenue
21st Floor
New York, NY 10022

Our Job Serial Number: SRN-2023006433
Ref: 9941428