Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 318-3304
Fax: (212) 318-3400
mark.robertson@nortonrosefulbright.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X    Case No. 1:23-cv-09482-JPO
NICHOLAS WIDMER, LINDSEY ROOT, and SOPHIA
FITZSIMONDS, in their individual capacities and on
behalf of all others similarly situated,

                              Plaintiffs,

        - against -

SCALE FACILITATION®, DAVID A. COLLARD,
VANESSA GERONIMO, MICHAEL WINN, AND
JACKIE NOLLER,

                              Defendants.
----------------------------------------------------------------------X

**DEFENDANTS SCALE FACILITATION AND VANESSA GERONIMO'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' CLASS AND COLLECTIVE ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(5)**

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declarations of David Collard dated December 21, 2023 and Vanessa Geronimo dated December 21, 2023, and upon all the pleadings previously filed and proceedings held, Defendants Scale Facilitation and Vanessa Geronimo will move this Court, pursuant to Fed. R. Civ. P. 12(b)(5) before the Honorable J. Paul Oetken at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 14A, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the claim set forth against

defendants Scale Facilitation and Vanessa Geronimo in Plaintiff's Original Complaint pursuant to Fed. R. Civ. P. 12(b)(5) and for such other relief as the Court deems just and proper.

December 22, 2023

Respectfully submitted,

/s/ Mark A. Robertson
    Mark A. Robertson

Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 318-3304
Fax: (212) 318-3400
mark.robertson@nortonrosefulbright.com

Carter Crow
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Tel: (713) 651-5163
Fax: (713) 651-5246
carter.crow@nortonrosefulbright.com
*Pro-Hac Vice Application Forthcoming*

OF COUNSEL:
NORTON ROSE FULBRIGHT US LLP
Andrew Yeh
Fulbright Tower
1301 McKinney, Suite 5100
Tel: (713) 651-7732
Fax: (713) 651-5246
andrew.yeh@nortonrosefulbright.com
*Pro-Hac Vice Application Forthcoming*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, this pleading was served on opposing counsel on December 22, 2023.

Patrick James Boyd
The Boyd Law Group, PLLC
230 Park Avenue
7th Floor
New York, NY 10177
212-867-3675

*Attorney for Plaintiffs*

                                                                              */s/ Mark A. Robertson*
                                                                            Mark A. Robertson