Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 318-3304
Fax: (212) 318-3400
mark.robertson@nortonrosefulbright.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No. 1:23-cv-09482-JPO
NICHOLAS WIDMER, LINDSEY ROOT, and SOPHIA
FITZSIMONDS, in their individual capacities and on
behalf of all others similarly situated,

                              Plaintiffs,

       - against -

SCALE FACILITATION®, DAVID A. COLLARD,
VANESSA GERONIMO, MICHAEL WINN, AND
JACKIE NOLLER,

                              Defendants.
-------------------------------------------------------------------X

**<u>DECLARATION OF DAVID COLLARD</u>**

# DECLARATION

1.     My name is David Collard. I am over eighteen years of age, of sound mind, and am competent in all respects to make this declaration. The facts stated herein are within my personal knowledge and are all true and correct.

2.     I am the Chief Executive Officer for Scale Facilitation.

3.     To date Scale Facilitation has not received a "Summons in a Civil Action" or "Complaint" in this matter via mail.

4.     To date a copy of a "Summons in a Civil Action" or "Complaint" has not been affixed to the door of Scale Facilitation.

5.     I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2023.

_____
Signature

David A. Collard
_____
Printed Name

1