UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS WIDMER, LINDSEY ROOT, and SOPHIA FITZSIMONDS, in their individual capacities and on behalf of other similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>SCALE FACILITATION, DAVID COLLARD, VANESSA GERONIMO, MICHAEL WINN, AND JACKIE NOLLER,<br><br>    Defendants. | Docket No. 1:23-cv-09482-JPO<br><br>**CONSENT** |
| VANESSA GERONIMO,<br><br>    Cross Claimant,<br> v.<br><br>SCALE FACILITATION, and DAVID COLLARD,<br><br>    Cross Defendants. | |

By signing below, I hereby consent to become a Cross Claimant in the above-captioned action and make claims under the Fair Labor Standards Act, the New York Labor Law, and their respective implementing regulations, against defendants Scale Facilitation and David Collard, individually.

Signature: __REDACTED__ (DocuSigned by:)

Date Signed: __March 12, 2024__

Printed Name: __Vanessa Geronimo__

Address: __REDACTED__
     __REDACTED__

Phone Number: __REDACTED__

Email Address: __REDACTED__