UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
NICHOLAS WIDMER, LINDSEY ROOT, and SOPHIA
FITZSIMONDS, in their individual capacities and on
behalf of all others similarly situated,

                          Plaintiffs,        Case No. 1:23-cv-09482-JPO

      - against -

                                   **JOINT STATUS REPORT**

SCALE FACILITATION®, DAVID A. COLLARD,
VANESSA GERONIMO, MICHAEL WINN, AND
JACKIE NOLLER,

                          Defendants.
---------------------------------------------------------------------X
VANESSA GERONIMO,

                        Cross-Claimant,

      - against -

SCALE FACILITATION® and DAVID A. COLLARD,

                       Cross-Defendants.

**JOINT STATUS REPORT**

      Plaintiffs and Defendants (collectively, "the Parties") file this joint status report pursuant to the Court's directive.

      1.    <u>Status of Discovery – Request for Extension.</u>  The Parties have engaged in paper discovery and document production.  The Parties Request additional time to engage in depositions.  For that reason, the Parties respectfully request that the Court extend the deadline for the completion of deposition discovery to July 31, 2024.

      2.    <u>Status of Settlement Discussions.</u> The Parties have engaged in preliminary settlement discussions.  The Parties jointly request that the Court order the case for a settlement

conference before either an agreed mediator or a magistrate judge, to be completed prior to September 15, 2024.

June 21, 2024                                                                 Respectfully submitted,

**THE BOYD LAW GROUP, PLLC**

By: _/s/ Patrick J. Boyd_____
Patrick James Boyd, Esq.,
250 Park Avenue, 7th Floor
New York, NY 10177
Tel: (212) 867-5068
pboyd@theboydlawgroup.com

*Attorney for Plaintiffs*

/s/ M. Carter Crow
                M. Carter Crow

Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 318-3304
Fax: (212) 318-3400
mark.robertson@nortonrosefulbright.com

M. Carter Crow
NORTON ROSE FULBRIGHT US LLP
Norton Rose Fulbright Tower
1550 Lamar, Suite 2000
Houston, Texas  77010-4196
Tel: (713) 651-5218
Fax: (713) 651-5246
carter.crow@nortonrosefulbright.com
*Pro-Hac Vice*

OF COUNSEL:
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Tel: (713) 651-5151
Fax: (713) 651-5246
*Pro-Hac Vice*

*Attorneys for Scale Facilitation and David Collard*

2

*TARTER KRINSKY & DROGIN LLP*
*Attorneys for Defendant and*
*Cross Claimant Vanessa Geronimo*

*By:*   *s/Tara Toevs Carolan*
        *Tara Toevs Carolan*
        *1350 Broadway, 11th Floor*
        *New York, NY 10018*
        *(212) 216-8007*
        *tcarolan@tarterkrinsky.com*

**CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure, this pleading was served on opposing counsel on June 21, 2024:

Patrick James Boyd
The Boyd Law Group, PLLC
230 Park Avenue
7th Floor
New York, NY 10177
212-867-3675

*Attorney for Plaintiffs*

Tara Toevs Carolan, Tarter
KRINSKY & DROGIN LLP
1350 Broadway
11th Floor
New York, NY 10018

*Attorney for Defendant Vanessa Geronimo*

                                              */s/ M. Carter Crow*
                                                M. Carter Crow