```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Widmer, et al.,

                        Plaintiffs,

-against-

Scale Facilitation, et al.,

                        Defendants.

1:23-cv-09482 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       Following a telephone conference held today, it is hereby ORDERED that, no later than Wednesday, October 30, 2024, the parties shall file the joint letter and settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), in accordance with the Court's August 30, 2024 Order (ECF No. 70).

Dated:    New York, New York
            October 23, 2024

                                                */s/ Stewart D. Aaron*
                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge