# DECLARATION

1. My name is David A. Collard ("I" or "me" or "my"). I am over eighteen years of age, of sound mind, and am competent in all respects to make this declaration. I declare under penalty of perjury that the following is true and correct to the best of my knowledge.

2. I provide this declaration in connection with the settlement of the following lawsuit now pending in the United States District Court for the Southern District of New York. Re: 1:23-cv-09482-JPO-SDA, *Widmer et al v. Scale Facilitation et al*.

3. ███████████████████████████████████████████████████████████
███████████████████████████████████████.

4. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████.

5. ███████████████████████████████████████████████████████████
███████████████.

    a) ███████████████████████████████████████████████;

    b) ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████;

    c) ███████████████████████████████████████████████████████;

    d) ███████████████████████████████████████████████████
███████████████;

    e) ███████████████████████████████████████████████████
███████████████████████████; and

      f) ███████████.

6.    ████████████████████████████████████████████

████████████████████████████████████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2024



David A. Collard

2