UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Widmer, et al.,

        Plaintiffs,

 -against-

Scale Facilitation, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024
```

1:23-cv-09482 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

 WHEREAS, on October 30, 2024, the parties filed a joint letter motion seeking approval of the parties' Settlement Agreement (the "Agreement")[1] (10/30/24 Ltr. Mot., ECF No. 84; *see also* Agmt., ECF No. 84-1); and

 WHEREAS, on November 5, 2024, the Court issued an Order requiring the parties to (1) file a fully executed Agreement for its consideration, and (2) address certain release language that was included in the Agreement (11/5/24 Order, ECF No. 85); and

 WHEREAS, on November 18, 2024, the parties filed the fully executed agreement removing certain release language (the "Revised Agreement") (Revised Agmt., ECF No. 90); and

 WHEREAS, on November 20, 2024, the parties filed the declaration of Defendant David A. Collard in accordance with Section 17 of the Revised Agreement, which included a redacted version and a version filed under seal. (11/20/24 Ltr., ECF No. 91; Collard Decl. ECF Nos. 91-1/92.)

---

[1] The Court notes that, although the title of the document states that it is a "Confidential Settlement Agreement," the document was publicly filed.

NOW, THEREFORE, it is hereby ORDERED that:

1. The Court finds that the Revised Agreement is fair and reasonable.[2] The Revised Agreement is approved and the letter motion at ECF No. 84 is GRANTED.

2. After careful consideration of the relevant factors in the Second Circuit to determine whether a document filed to the ECF docket should remain filed under sealed,[3] the Court finds that the Collard Declaration shall be permanently sealed.

3. This action is DISMISSED WITH PREJUDICE and without costs except as may be stated in the Revised Agreement. The Court will retain jurisdiction to enforce the Revised Agreement.

4. The Clerk of Court is respectfully requested to close this case.

Dated:   New York, New York
         November 21, 2024

_____
STEWART D. AARON
United States Magistrate Judge

---

[2] *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

[3] *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006); *S.E.C. v. Ripple Labs, Inc.*, No. 20-CV-10832 (AT), 2023 WL 3477552, at *7 (S.D.N.Y. May 16, 2023) ("[P]ersonal and financial information implicates privacy interests that overcome the presumption of public access.").